# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK WHITE, | Case No. 25-CV-567 (NEB/DLM) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MENTAL HOSPITAL CIRCUT and JACKSON MS WHITTFIELD MENTAL HOSPITAL, | |
| Defendants. | |

The Court has received the March 28, 2025 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 6 ("R&R").) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Judge Micko did not clearly err by recommending dismissal without prejudice. The Court agrees that White's one-page complaint is "difficult to interpret." (R&R at 2.) The Court also agrees with the three reasons Judge Micko articulated for dismissing the action. First, it is unclear what White alleges happened to him. Second, White does not specify who the defendants might be. And third, there is no apparent nexus to Minnesota.

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE; and

3. Plaintiff's application to proceed *in forma pauperis* is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 7, 2025                              BY THE COURT:

                                                s/Nancy E. Brasel
                                                Nancy E. Brasel
                                                United States District Judge